COURT OF APPEALS
SECOND
DISTRICT OF TEXAS
FORT WORTH
NO. 2-03-150-CR
 
EX PARTE
JOSE ESQUIVEL
 
----------
FROM THE 211TH DISTRICT
COURT OF DENTON COUNTY
----------
MEMORANDUM
OPINION(1) AND JUDGMENT
----------
We have considered the appellant's
"Motion To Dismiss Appeal."  The motion complies with rule
42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a).  No
decision of this court having been delivered before we received this motion, we
grant the motion and dismiss the appeal.  See id.; Tex. R. App. P.
43.2(f).
 
                                                                       
PER CURIAM
 
PANEL F: CAYCE, C.J.; DAUPHINOT and
HOLMAN, JJ.
DO NOT PUBLISH
Tex. R. App. P. 47.2(b)
DELIVERED: July 24, 2003

1. See Tex. R. App. P. 47.4.